# UNITED STATES DISTRICT COURT
## Western District of North Carolina
### Statesville Division

Case No. 5:23-cv-73

| | |
|---|---|
| REBECCA MAYS, as personal representative of the Estate of PATRICK MAYS, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )<br>) |
| OLEG POLISHCHUK, an individual, d/b/a POP TRUCKING; and UBER FREIGHT LLC, a Delaware Corporation | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Case No. 5:23-cv-74

| | |
|---|---|
| REBECCA TAYLOR MAYS; and H.M., a minor, by and through REID ACREE, as Guardian ad Litem, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| Vs. | )<br>) |
| OLEG POLISHCHUK, an individual, d/b/a POP TRUCKING; and UBER FREIGHT LLC, a Delaware Corporation | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## UNOPPOSED MOTION TO FILE UNDER SEAL
## DOCUMENTS REFERENCED IN THE CONSENT JUDGMENT AND ORDER

On April 11, 2025, Plaintiffs in the above-captioned actions filed a proposed Consent Judgment and Order with CyberClerk. By separate notice, Plaintiffs are filing today a copy of the parties' Settlement Agreement, which is referenced in the Consent Judgment and Order. Due to the sensitive and personal nature of the information contained in the Settlement Agreement, Plaintiffs respectfully request that the Court issue an Order permitting the filing under seal of the Settlement Agreement. Counsel for Defendant, Oleg Polishchuk DBA Pop Trucking, does not oppose this motion.

Respectfully submitted this 11th day of April, 2025.

**LEVINE LAW GROUP, PA**

By: **/s/Michael J. Levine**
Michael J. Levine
North Carolina State Bar #23836
Levine Law Group, PA
Post Office Box 3308
Mooresville, NC 28117
Tel. (704) 660-1770
mlevine@levinelawgrouppa.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

      Respectfully submitted this 11th day of April, 2025.

**LEVINE LAW GROUP, PA**

By: **/s/Michael J. Levine**
Michael J. Levine
North Carolina State Bar #23836
Levine Law Group, PA
Post Office Box 3308
Mooresville, NC 28117
Tel. (704) 660-1770
mlevine@levinelawgrouppa.com
*Counsel for Plaintiffs*