IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CV-00074-KDB-DCK

| | |
|---|---|
| **REBECCA TAYLOR MAYS AND REID ACREE as guardian ad litem of minor child H.M.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**OLEG POLISHCHUK, an individual d/b/a POP TRUCKING**<br><br>**Defendant.** | **CONSENT JUDGMENT AND ORDER** |

**THIS MATTER HAVING COME BEFORE** the Court for consideration and entry of a Consent Judgment and Order (Doc. No. 36) submitted by Plaintiffs Rebecca Mays, and H.M. by and through Reid Acree, as Guardian ad Litem, and Defendant Oleg Polishchuk dba Pop Trucking (collectively the "parties"), by and through their respective attorneys; and

**IT APPEARING TO THE COURT** this action was commenced on May 24, 2023, against Defendants Polishchuk d/b/a Pop Trucking ("Polishchuk") and Uber Freight LLC ("Uber") for severe personal injuries arising from a motor vehicle collision that occurred on November 28, 2022, in Iredell County, North Carolina.

**IT FURTHER APPEARING TO THE COURT** that at the time this action commenced, Plaintiff H.M. (hereinafter "Helen Mays") was a minor, and, therefore, the case was brought on her behalf by and through a Guardian ad Litem. By the time of settlement, Helen Mays had reached the age of majority and is capable of resolving this matter in her own right.

**IT FURTHER APPEARING TO THE COURT** that Uber Freight LLC was dismissed from this action by order dated January 27, 2024 (Doc No. 20), upon the Court's order granting Uber's Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 11); and

**IT FURTHER APPEARING TO THE COURT** that at the time of the collision, Defendant Polishchuk was operating an 18-wheel tractor trailer that collided with the vehicle Plaintiff Rebecca Mays was operating and in which Plaintiff Helen Mays was riding as a passenger; and

**IT FURTHER APPEARING TO THE COURT** that Defendant Polishchuk has stipulated and admitted that he was negligent in causing the collision that proximately caused Plaintiffs' injuries; and

**IT FURTHER APPEARING TO THE COURT** that the Plaintiffs and Defendant Polishchuk have entered into a Settlement Agreement And Covenant Not To Enforce Judgment ("Settlement Agreement"), the terms of which provide the substance of this Consent Judgment and Order; and

**IT FURTHER APPEARING TO THE COURT** that pursuant to the Parties' Settlement Agreement, the entry of this Consent Judgment and Order shall not constitute or operate as a release of the claims against Polishchuk arising from the above-referenced motor vehicle collision.

**NOW, THEREFORE, IT IS ORDERED** as follows:

1. The Joint Motion to Approve Consent Judgment (Doc. No. 36) is **GRANTED**;

2. Defendant Polishchuk negligently caused the collision and injuries suffered by Plaintiffs.

3. Judgment is hereby entered against Polishchuk in the amount of one million five hundred thousand dollars ($1,500,000.00).

4. The parties shall each be responsible for their own fees and costs.

5. This is a final judgment that resolves all outstanding claims.

**SO ORDERED ADJUDGED AND DECREED.**

Signed: May 7, 2025

Kenneth D. Bell
United States District Judge